**Clarence DRACKA v. UNITED STATES of America.**

Circuit Court of Appeals, Sixth Circuit.
June 29, 1938.

Alfred A. May, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this cause has been abandoned, it is therefore ordered that the appeal be dismissed without docketing.

**Henry A. B. DUNNING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**
No. 4359.

Circuit Court of Appeals, Fourth Circuit.
June 10, 1938.

Cook & Markell and Vernon Cook, all of Baltimore, Md., for petitioner.

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Cause docketed and dismissed on motion of petitioner. Order filed.

**N. B. EARLY, Jr., Individually and as Collector of Internal Revenue for the Collection District of Virginia, Appellant, v. K. R. KENNETT, Appellee.**
No. 4306.

Circuit Court of Appeals, Fourth Circuit.
April 4, 1938.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., for appellant.

B. A. Davis, of Rocky Mount, Va., for appellee.

PER CURIAM.

Appeal dismissed with costs on motion of appellant. Order filed.

**In the Matter of E. C. DENTON STORES, Bankrupt.**

Circuit Court of Appeals, Sixth Circuit.
June 29, 1938.

For opinion below, see 5 F.Supp. 307.

Froome Morris and Peck, Shaffer & Williams, all of Cincinnati, Ohio, and Estabrook, Finn & McKee, of Dayton, Ohio, for appellant.

Pogue, Hoffheimer & Pogue, of Cincinnati, Ohio, and Martin & Corry, of Springfield, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that an appeal was allowed in this case on March 14, 1934, and that no further steps have been taken to prosecute the appeal, it is ordered that the appeal be dismissed.